AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Ernst Young, LLP v. Tucker, 940 So.2d 269, 284 (Ala. 2006);Ex parte Cranman, 792 So.2d 392 (Ala. 2000);Matthews v. Alabama Agric. Mech. Univ.,787 So.2d 691 (Ala. 2000); Smith v. Union Bank Trust Co.,653 So.2d 933, 934 (Ala. 1995); Lott v. Toomey,477 So.2d 316, 319 (Ala. 1985); and Thurmond v. City ofHuntsville, 904 So.2d 314, 319 (Ala.Civ.App. 2004).
PITTMAN, BRYAN, and THOMAS, JJ., concur.
 THOMPSON, P.J., dissents, with writing. *Page 399